

# Fourth Court of Appeals
## San Antonio, Texas

September 26, 2019

Nos. 04-19-00292-CR & 04-19-00293-CR

Gerald Edwin **HODGES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2018CR8989 & 2018CR8986
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Appellant's brief in these consolidated appeals was due September 3, 2019, but it was not filed. The clerk of this court notified appellant's counsel, Michael Lee Young, of the deficiency by letter on September 9, 2019. The letter required a response by September 19. *See* TEX. R. APP. P. 38.8(b)(2). We have not received a response from counsel and the brief has not been filed.

We therefore **order** Michael Lee Young to file appellant's brief by **October 7, 2019**. If the brief is not filed as ordered, this appeal may be abated for an abandonment hearing and counsel may be ordered to show cause why he should not be held in civil or criminal contempt of this court.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of September, 2019.



LUZ ESTRADA,
Chief Deputy Clerk